UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA GREER<br><br>                      Plaintiff,<br><br>-against-<br><br>JOHN "NICK" NICEWONDER,<br><br>                      Defendant. | No. 21-cv-4631 (FB) (JMW) |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Patricia Greer and Defendant John "Nick" Nicewonder stipulate that this action is dismissed with prejudice, with each party bearing its own costs.

Dated: April 20, 2023
       New York, New York

| | |
|---|---|
| **GUSRAE KAPLAN NUSBAUM PLLC** | **THE RIGGIO LAW FIRM** |
| /s/ Kari Parks | /s/ Dorothy Riggio |
| Kari Parks | Dorothy Riggio |
| 120 Wall Street, 25th Floor | 244 Fifth Avenue |
| New York, New York 10005 | New York, New York 10001 |
| (212) 269-1400 | (212) 448-0083 |
| kparks@gusraekaplan.com | dorothy@theriggiolawfirm.com |
| | |
| *Counsel for Plaintiff Patricia Greer* | *Counsel for Defendant John "Nick" Nicewonder* |